MAX BRAUN, Respondent, *v.* ARMOUR & Co., Appellant.

(Argued May 5, 1930; decided June 3, 1930.)

*Selig Edelman* and *Frank J. Horan* for appellant.
*Irvin E. Klein* for respondent.

Order affirmed, with costs, question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG and O'BRIEN, JJ. Not sitting: LEHMAN and HUBBS, JJ.